UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2019 AUG 20 PM 2:51
S.D. OF N.Y.

Forest L. Fate

_____
Write the full name of each plaintiff.

No. 19-cv-5519
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

Correct Care Solutions Medical Dept et al.,
Jouliana Petranker medical Administrator
Rockland County Sheriff Correction Sheriff Falco
County Commissioner Ed Day et al.,

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Forest | L | Fate
First Name | Middle Initial | Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

009879

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rockland County Correctional Facility
Current Place of Detention

51-New Hempstead Road
Institutional Address

Rockland | New City | New York | 10956
County, City | | State | Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Jouliana
Last Name: Petranker, NSA, MPH, LNA, CCHD,
Shield #:
Current Job Title (or other identifying information): Medical Administrator, Correct Care Solutions
Current Work Address: 53 - New Hempstead Road
County, City: Rockland, New City
State: New York
Zip Code: 10956

**Defendant 2:**
First Name:
Last Name: Sheriff. Falco
Shield #:
Current Job Title (or other identifying information): Rockland County Sheriff
Current Work Address: 51- New Hempstead Road
County, City: Rockland, New City
State: New York
Zip Code: 10956

**Defendant 3:**
First Name: Ed
Last Name: Day
Shield #:
Current Job Title (or other identifying information): County Commissioner
Current Work Address: Rock County.
County, City:
State:
Zip Code:

**Defendant 4:**
First Name: Correct
Last Name: Care Solutions
Shield #:
Current Job Title (or other identifying information): Contracted with the Rockland County Jail medical Dept, et.al.
Current Work Address:
County, City:
State:
Zip Code:

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Rockland County Correctional Facility, New City, NY.

Date(s) of occurrence: 3-14-2019 —— 4-12-2019 —— 8-15-19

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 3-14-19 I was tranferred to the Rockland County Jail from the Nash County Jail, in Nash County North Carolina. I informed the medical staff upon my arrival of all my medical conditions and the medications. upon my arrested on 1-4-19 my hearing aid's also my glasses got misplaced I informed the medical Staff here at the Rockland County Jail and they brought my medical Concerns to the nurse Administrator and She Nurse Jouliana Called me into the medical department to inform me that I will not get any hearing aid's while at the Rockland County Jail, She indicated that the Jail doesn't have a Contract with any hearing Specialist in this area and that I could wait until I go upstate or go home. I explained that I were Suffering with hearing problems, missing meal, and getting placed on Keep lock because of my hearing problems, she Suggested that I get an inmate to Keep me informed so I don't get keep locked or miss meals. When I went to See the doctor She Came in the room and as I exspressed my medical Concerns, Such as my hearing problem, my back pain, Eye problem, Ms Jouliana, told the doctor not to give me pain meds, also that I was not getting hearing aid's, wait until I was Sent up State. The doctor Recommended that I go for audio Testing and after the audio testing those doctor's Recommended that I get a Right hearing aid and that my left side hearing was so bad hearing aid wouldn't help. When Administrator Nurse Jouliana Petrounker got the audio test results She yet refuse to get me a hearing aid or

Page 4

any reasonable accommendations. She said she would put a hearing impaired on my door so I wouldn't miss meals, or get keep locked. and then she said find some one to get my attention during these times and keep up with time, She Neglected to put a sign on my door, and instructed the doctors here not to send me out to get hearing aids because she doesn't think I need them any more, So I have been Suffering ever since 1-4-19 when my hearing aids were loss by the united State marshells whom arrested me in North Carolina. This nurse deliberately took my Sick Call request and told the doctors here what they could and could not do for my medical Concerns, There are other medical Conditions that this Nurse has neglected and provented from being addressed Ive been Suffing for 8 months without my hearing aids, Approx 5 months at this facility due to this nurse.

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Ear problem's, hearing problem, inadquate medical treatment, neglect, Suffering mentally and physically, I've had to have my family to give me money weekly for Commissary so I could by food for the missed meals, I can't hear them on the phone most of the time so they order text message (E-mail) So I Can Communicate with them, My hearing has gotten worser Since I've been here.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Compensative Damage, Respectfully Request that the Court grant the amount of One Hundred Thousand Dollars $100,000
Puntive Damage, Plaintiff Respectfully Request that the Court grant the amount of Fifty Thousand dollars $50,000
Mental Anguish Damage, Plaintiff Respectfully Request That the Court grant the amount of One Million Dollars, 1,000,000 and whatever else the Court deems necessary...
That this Nurse Administrator not be allowed to make decisions for doctors, and that she not be allowed to Neglect any one whom has a medical disability of proper adquate medical attention, or reasonable accommodations

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8-16-19
Dated

Plaintiff's Signature

First Name        Middle Initial        Last Name

Prison Address

County, City                State                Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:




Forest L. Fate #007879
Rockland County Jail
51-New Hempstead Road
New City, New York 10956

LEGAL MAIL

To: Honorable Judge Sweete
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

LEGAL MAIL