UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FOREST L. FATE, SR.**,

  *Plaintiff*,

 -*vs*-

**NURSE JULIENNO, MPH, LNA, CCHP, ACA, as the MEDICAL ADMINISTRATOR at the ROCKLAND COUNTY CORRECTIONAL FACILITY s/h/a NURSE JULIEANNO a/k/a JOULIANA PETRANKER, SHERIFF FALCO, ED DAY, COUNTY COMMISSIONER and CORRECT CARE SOLUTIONS MEDICAL DEPT.**,

  *Defendants*.

**NOTICE OF MOTION**

Civil No. 19-cv-5519-NSR

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | **BARCLAY DAMON, LLP**<br>*Attorneys for Defendants*<br>Office and Post Office Address<br>100 Chestnut Street, Suite 2000<br>Rochester, New York 14604 |
| **DATE, TIME AND PLACE OF HEARING:** | _____, 2020 at \_\_\_\_am/pm<br>Hon. Nelson S. Román<br>U.S. District Court Judge<br>United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| **SUPPORTING PAPERS:** | Declaration of Paul A. Sanders, dated February 12, 2020 and accompanying Exhibits, and Memorandum of Law dated February 12, 2020. |
| **RELIEF DEMANDED:** | An Order dismissing Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. Rule 12(b)(6), and for such other, further, and |

1

| | |
|---|---|
| | additional relief as this Court deems just and proper. |
| **GROUNDS FOR RELIEF:** | Plaintiff's Amended Complaint fails to state a cause of action upon which relief can be granted pursuant to Fed. R. Civ. P. Rule 12(b)(6). |
| | The Amended Complaint fails to allege facts establishing a municipal policy, custom or official conduct that amounts to a Constitutional violation sufficient to state a cognizable claim pursuant to 42 U.S.C. § 1983 and *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978). |
| | For all of the reasons set forth in the accompanying Memorandum of Law. |
| **DEMAND FOR ANSWERING PAPERS:** | Pursuant to this Court's Memorandum Endorsement (*Dkt.* 45), any opposing papers from Plaintiff shall be served not filed March 16, 2020; and Defendant's reply shall be served March 31, 2020. The parties shall provide two copies of their respective motion documents to Chambers on the dates the documents are served upon their adversary. Defendant's counsel will file all motion documents, including Plaintiff's opposition, on the reply date, March 31, 2020. |
| | Note that the failure to respond to this motion may result in dismissal of the Amended Complaint and termination of this action. |
| **DATED:** February 12 , 2020 | **BARCLAY DAMON LLP** |
| | By:  */s/ Paul A. Sanders*  <br>       Paul A. Sanders |
| | *Attorneys for Defendant*  <br>*Correct Care Solutions* |

2

19793740.1

Office and Post Office Address
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Telephone: (585) 295-4426
Email: psanders@barclaydamon.com

**TO:** Forest L. Fate
*Plaintiff Pro Se*
DIN #19A3320
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F
Fishkill, NY 12524

**CC:** Eric Dranoff, Esq.
Saretsky Katz Dranoff & Glass LLP
*Attorneys for Defendants Sheriff Falco,
Ed Day, and Nurse Julieanno*
475 Park Avenue, South
New York, NY 10016
Tel: 212-973-9797
Fax: 212-973-0939
Email: edranoff@skdglaw.com

Robert Benjamin Weissman, Esq.
Saretsky Katz Dranoff & Glass LLP
*Attorneys for Defendants Sheriff Falco,
Ed Day, and Nurse Julieanno*
475 Park Avenue, South
New York, NY 10016
Tel: (212)-973-9797
Fax: (212)-973-0939
Email: rweissman@skdllp.com

Jeanne Nicole Gilberg, Esq.
County of Rockland, Department of Law
*Attorneys for Defendants Sheriff Falco,
Ed Day, and Nurse Julieanno*
11 New Hempstead Rd
Ste 3rd Floor
New City, NY 10954
Tel: 845-638-5178
Email: gilbergj@co.rockland.ny.us