UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FOREST L. FATE, SR.,

                          Plaintiff,

v.                                                      <u>ORDER</u>

NURSE JULIENNO,                         19-cv-5519 (PMH)

                          Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       Counsel for defendant and plaintiff *pro se* appeared today at 10:00 a.m. by telephone for a case management conference. The Court advised the parties that it considers discovery to now be closed, except for defendant's production of documents pertaining to plaintiff's previous incarcerations, which remains to be completed. By August 6, 2021, defendant is directed to: (1) produce to plaintiff all documents located at Five Points Correctional Facility that pertain to plaintiff's previous incarcerations; (2) file a letter notifying the Court that such production has been made; (3) serve a copy of that letter on plaintiff; and (4) file proof of service on the docket.

       The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
        July 7, 2021

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge