UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FOREST L. FATE, SR.,

                            Plaintiff,

v.                                                   <u>ORDER</u>

NURSE JULIENNO,                             19-cv-5519 (PMH)

                            Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      A case management conference was held on July 7, 2021. (Doc. 100). Following that conference, the Court directed defendant to: (1) produce to plaintiff all documents located at Five Points Correctional Facility that pertain to plaintiff's previous incarcerations; (2) file a letter notifying the Court that such production has been made; (3) serve a copy of that letter on plaintiff; and (4) file proof of service on the docket by August 6, 2021. (*Id*.). On August 5, 2021, defendant filed a letter representing that she had complied with the Court's July 7, 2021 Order. (Doc. 103). On December 9, 2021, an affidavit of service was filed on the docket, which indicates that defendant served on plaintiff "Defendant Petranker's Local Rule 56.1 Statement, the Declarations of Jouliana Petranker, Dominick Piacente, Jill Bernstein and Robert Weissman, a Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment, Judge Halpern's Individual Practices in Civil Cases, and a second copy of Defendant Petranker's Local Rule 56.1 Statement with additional space for Plaintiff to supply his responses on." (Doc. 107).

      The Court, however, has not granted defendant leave to motion for summary judgment, and therefore, plaintiff shall disregard the above-described documents if they have been served on him.

      The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       January 7, 2022

_____
Philip M. Halpern
United States District Judge