**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FOREST FATE,

               Plaintiff,

     -against-                                    19 **CIVIL** 5519 (PMH)

                                                     **JUDGMENT**

PETRANKER,

               Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated July 8, 2022, Defendant's motion for

summary judgment is GRANTED and the Amended Complaint is dismissed with prejudice;

accordingly, the case is closed.

**Dated:** New York, New York

      July 11, 2022

                                            **RUBY J. KRAJICK**

                                    _____

                                      **Clerk of Court**

                   **BY:**   *K. Mango*

                                      _____

                                        **Deputy Clerk**